**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | |
|---|---|
| **JORDAN LITTLE,** | |
| Plaintiff, | Case No. 25-15618 |
| **vs.** | Removed from State of Illinois, Circuit Court of Cook County, Case No. 2025L014327 |
| **THE NOBLE ACADEMY,** | |
| Defendant. | |

**NOTICE OF REMOVAL**

Defendant Noble Network of Charter Schools, (improperly named as "The Noble Academy") ("Defendant" or "Noble"), by and through its attorneys, Littler Mendelson, P.C., hereby removes the above-captioned action, which is currently pending in the Circuit Court of Cook County, Illinois, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446, based on the Court's original jurisdiction over claims presenting a federal question. In support of its Notice of Removal, Noble states as follows:

**I.      STATE COURT ACTION**

1.      On November 19, 2025, Plaintiff Jordan Little ("Plaintiff" or "Little") filed a lawsuit ("Complaint") in the Circuit Court of Cook County, Illinois, Law Division, captioned *Jordan Little v. The Noble Academy c/o Cristina McNeiley, Littler Mendelson, P.C., 321 N. Clark St., Suite 1100 Chicago, IL 60654*, Case No. 2025L014327 (the "State Court Action"). *See* Declaration of Cristina A. McNeiley, attached as **Exhibit B**, ¶ 4(a).

2.      A process server served the Summons and Complaint on a representative from Littler Mendelson, P.C. on December 9, 2025. *See* Summons and Complaint, attached as **Exhibit A**.[1]

## II.      TIMELINESS

3.      Removal is proper and timely pursuant to 28 U.S.C. § 1446(b), as this Notice is filed within thirty (30) days of Noble's receipt of the initial pleading and service of summons. *See* 28 U.S.C. § 1446(b).

## III.      JURISDICTION AND VENUE

4.      This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Complaint asserts claims arising under federal law, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(3). Plaintiff expressly alleges that "This Court has subject matter jurisdiction over this action pursuant to 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1331." *See* **Exhibit A**. Little further asserts that Noble failed to reasonably accommodate his religious observance or practice as required under Title VII. Accordingly, this is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5.      This Court also has supplemental jurisdiction over Little's state law claims pursuant to 28 U.S.C. § 1367(a) because those claims arise from the same nucleus of operative facts. Specifically, they concern the alleged discriminatory and retaliatory conduct that Little claims occurred during his employment with Noble. Therefore, Little's state law claims form part of the same case or controversy as the federal claims.

---

[1]Although Plaintiff attempted service, the Summons and Complaint were served on Littler Mendelson, P.C., not on The Noble Academy.

6.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1441(a) because the state court action was filed in Cook County, Illinois, which lies within the Northern District of Illinois. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

## IV.     COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.      Attached hereto as **Exhibit A** are true and correct copies of the Summons, Complaint, and Notices and Orders from the Circuit Court of Cook County, which constitute all process, pleadings, and orders served upon Noble to the present date. *See* 28 U.S.C. § 1446(a).

8.      Attached as **Exhibit D** is a true and correct copy of the Notice to Adverse Party of Filing of Notice of Removal, the original of which is being served upon the *pro se* Plaintiff, as required by 28 U.S.C. § 1446(d), via email: Jordan Little; 8712 S. Rockwell Ave., Evergreen Park, IL 60805; Jordanlittle2390@gmail.com.

9.      A true and correct copy of this Notice of Removal has been forwarded for filing in the Circuit Court of Cook County, Law Division. Attached as **Exhibit C** is a copy of the Notice to State Court of Filing of Notice of Removal, the original of which is being filed with the Clerk of the Circuit Court of Cook County as required by 28 U.S.C. § 1446(d).

10.     Noble files this Notice of Removal solely for the purpose of removing the instant State Court Action and does not waive, and specifically reserves, any and all defenses.

## V.      CONCLUSION

WHEREFORE, having fulfilled all statutory requirements, Noble hereby removes this action from the Circuit Court of Cook County, Law Division, to this Court, and respectfully requests that this Court assume full jurisdiction over the matter as provided by law and permit this action to proceed before it as a matter properly removed.

Dated: December 23, 2025

Respectfully submitted,

**NOBLE NETWORK OF CHARTER SCHOOLS**

*/s/ Cristina A. McNeiley*

Jennifer L. Jones, Bar No. 6309353
jeljones@littler.com
Cristina McNeiley, Bar No. 6336372
cmcneiley@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

*Attorneys for Defendant*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Cristina A. McNeiley, an attorney, hereby certify that, on December 23, 2025, I caused

a copy of ***Notice of Removal*** to be filed with the Clerk of the Court, using the CM/ECF system,

and served upon the following individuals via email:

Jordan Little
8712 S. Rockwell Ave.
Evergreen Park, IL 60805
(773) 988-0627
Jordanlittle2390@gmail.com


*Pro Se Plaintiff*


                                      */s/ Cristina A. McNeiley*
                                      *One of Defendant's Attorneys*